UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

## ORDER OF SETTLEMENT CONFERENCE

Alan Shawn Feinstein, et al.

v. C.A. No. 03-436S

J. Larry Brown, et al.

Pursuant to this Court's Alternative Dispute Resolution Program, the above-captioned matter will have a settlement conference with U.S. District Judge William E. Smith in Room 412, United States Courthouse on **AUGUST 1, 2005 at 10:30 AM.** Counsel are directed to appear with their respective parties or someone with full financial and other authority to conduct good faith negotiations.

Failure to so appear, without advance leave of Court, may result in sanctions. Barring an emergency, leave must be sought within ten (10) days of this notice

ORDER:
By: ____________
Deputy Clerk

ENTER:

____________
William E. Smith
U.S. District Judge

Date: 6/2/05

54