UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALAN SHAWN FEINSTEIN, ET AL.

VS. CA NO: 03-0436S

J. LARRY BROWN

## NOTICE OF INTENTION TO TAKE DEPOSITION

Please take notice that the Plaintiff will take the testimony on oral examination of Dean John Shonkoff, Alias, on June 24, 2005, at 1:00 p.m. before a Notary Public of the State of Rhode Island, or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned, at the offices of Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210, at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,
By his Attorney,

Mark B. Morse, #3003
111 Wayland Avenue
Providence, R.I. 02906
(401) 831-0555

## CERTIFICATION

I hereby certify that I mailed a true copy of the within matter to: Reporting Associates, 10 Dorrance Street, Providence, RI 02903, Brooks R. Magratten, Esq., Vetter & White, 20 Washington Place, Providence, RI 02903, John Henn, Esq., Foley Hoag, LLP, 155 Seaport Blvd., Boston, MA 02210, and Melissa Horne, Esq., Winograd, Shine & Zacks, 123 Dyer Street, Providence, RI 02903.

DATE: 6-16-05