SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALAN SHAWN FEINSTEIN,
THE ALAN SHAWN FEINSTEIN FOUNDATION,
THE FEINSTEIN FOUNDATION, INC.,
Plaintiffs,

v.

J. LARRY BROWN
Defendant.

CIVIL ACTION No. 03-0436/S

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**
**<u>AS TO WHICH THERE IS NO GENUINE DISPUTE</u>**

***and***

**<u>APPENDIX OF EXHIBITS</u>**

Attorneys for Defendant

Brooks Magratten
(RI License # 3585)
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
401-421-3060

John H. Henn
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000