UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| J. LARRY BROWN,<br><br>Plaintiff,<br><br>v.<br><br>ALAN SHAWN FEINSTEIN,<br><br>THE ALAN SHAWN FEINSTEIN FOUNDATION,<br><br>THE FEINSTEIN FOUNDATION, INC.<br><br>Defendants. | CIVIL ACTION No. 03-0436/S<br><br>**AFFIDAVIT OF VARTAN GREGORIAN** |

I, Vartan Gregorian depose and say as follows:

1. I am a resident of New York City and the State of New York, and am currently the President of Carnegie Corporation. From 1989 to 1997, I was the President of Brown University.

2. During my tenure as President of Brown University, I had occasion to interact with Alan Shawn Feinstein in connection with charitable pledges and gifts that he made to Brown.

3. In 1985, Mr. Feinstein made a one million dollar commitment to fund the Alan Shawn Feinstein Hunger Program over a five year period.

4. In 1992, Mr. Feinstein agreed to give $150,000.00 per year to the Alan Shawn Feinstein World Hunger Program for as long as the program was continued. Some of these funds were given by associates of Mr. Feinstein. Annual funds given by Mr. Feinstein and his associates in excess of $150,000.00 were placed in a quasi-endowment fund called the "World Hunger Program" endowment. Funds from the quasi-endowment fund were

transferred to the World Hunger Program annually to meet part of Mr. Feinstein's commitment.

5. Over the course of several years, Mr. Feinstein communicated to me numerous times regarding his funding intentions, the design of the World Hunger Program, his fundraising ventures and his concerns regarding the operation of the program.

6. In 1996, Mr. Feinstein communicated to the University his dissatisfaction that the University was not matching his annual funding at a 3:1 ratio. I wrote to Mr. Feinstein that such a ratio was not part of any formal agreement signed by the University. In response to concerns expressed by Mr. Feinstein, I informed him that our faculty could not be asked to make their research relevant or popular in order to appeal to the sentiments and generosity of general readership. I also informed him that there was no such thing as "useless" or "irrelevant" knowledge and that many of the great inventions and breakthroughs in human knowledge were once thought to be useless by the general public. Further, I advised that "it is the freedom to explore the unknown, the unpopular, and the obscure that fuels the enterprise of academic research and discovery. That is the reason that American Higher Education is the envy of the international community."

7. In September, 1996, Mr. Feinstein insisted that Brown University take over full funding of the program. That same year, Mr. Feinstein requested a freeze on the expenditure of funds from quasi-endowment. The University felt that this was contrary to our agreement, and that Mr. Feinstein's desire to participate in the control of the funds might place the University, and Mr. Feinstein, in violation of IRS regulations.

8. In late 1996 or early 1997, Mr. Feinstein agreed to fund a $1.5 million endowed professorship, to be known as the "Alan Shawn Feinstein World Hunger Program." This offer was withdrawn when Mr. Feinstein was informed that the University could not accommodate a donor's desire to interview candidates for a faculty position prior to their appointment.

9. By 1997, it became apparent that Brown University and Alan Shawn Feinstein could not reach an agreement on program objectives or his role as the major donor in funding the program.

10 Accordingly, in 1997, Brown University agreed to terminate the ten year relationship with Mr. Feinstein regarding the World Hunger Program. The reasons for this termination are outlined in my letter of March 13, 1997 to Mr. Feinstein, a copy of which is attached and incorporated by reference herein.

Vartan Gregorian

Dated: March 31, 2005

State of New York
Manhattan

Then personally appeared the-named Vartan Gregorian, before me this day, and made oath that the foregoing statements were true and correct.

March 31, 2005

Patricia Aquino-Macri
Notary Public

My commission expires ______ PATRICIA AQUINO-MACRI
Notary Public, State of New York
No. 43-4921785
Qualified In Richmond County
Commission Expires February 29, 2006

CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I served on the above-named counsel of record a copy of the within Affidavit of Vartan Gregorian by first class mail, postage prepaid, on the 1st day of July, 2005.