UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN SHAWN FEINSTEIN, THE<br>FEINSTEIN FOUNDATION and ALAN<br>SHAW FEINSTEIN FOUNDATION,<br>Plaintiffs<br><br>v.<br><br>J. LARRY BROWN,<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 03-0436/S |

**AFFIDAVIT OF DEBORAH A. FLATEMAN**

## Affidavit of Deborah A. Flateman

1. My name is Deborah A. Flateman. I reside in Stowe, VT.
2. I am Chief Executive Officer of the Vermont Foodbank, located in South Barre, Vermont.
3. I have held this position for eight years.
4. In early 2000, I received an offer from Alan Shawn Feinstein of Cranston (Edgewood), Rhode Island. Mr. Feinstein offered the Vermont Foodbank $10,000 challenge grant in exchange for our soliciting 20,000 names for a hunger petition that Mr. Feinstein wanted to present to Congress.
5. Based on Mr. Feinstein's representation of a $10,000 gift, we mailed promotional materials about his petition to 40,000 Vermont households and businesses at considerable cost to our organization in terms of staff time, salary support and out-of-pocket expenses. We also conducted a direct mail campaign, designed by Mr. Feinstein, which expressed the following: "...I will match dollar-for-dollar your donation to the Vermont Foodbank, to help the needy in your state, up to a total of $10,000..." Gifts from that mailing exceeded the required match for Mr. Feinstein's funding.
6. Over the course of approximately six months my colleagues and I at the Vermont Foodbank spent many hours and days soliciting and recording signatures for Mr. Feinstein's petition.
7. Some time around July 2001, we submitted 10,000 signatures to Mr. Feinstein. In a phone conversation at that time, we asked Mr. Feinstein to consider our efforts satisfactory. Mr. Feinstein indicated that he no longer needed our signatures because the requisite one million signatures had been collected.
8. On August 23, 2001, Mr. Feinstein wrote to me saying that he would not pay the $10,000 he had promised to us because he was dissatisfied that we had only gotten 10,000 signatures.
9. I was very upset that Mr. Feinstein reneged on his $10,000 commitment to the Vermont Foodbank, and I consulted about it with colleagues such as Bernie Beaudreau of the Rhode Island Community Food Bank, and Dr. J. Larry Brown of Brandeis University about Mr. Feinstrein's not fulfilling his commitment.
10. On August 27, 2001, I expressed my disappointment in a letter to Mr. Feinstein, illustrating the impact that all the petition-related work had on our small organization and the deceit we felt his challenge was to our donors. The solicitation piece made no reference to the signatures on the petition as being part of the challenge.
11. On December 11, 2001, Mr. Feinstein responded with a curt reply that said in part, "Should you inadvertently receive news of our next yearly giveaway, please do not take that as an invitation," and "Regarding my work on your mailing, I suggest you send a letter to those who donated from it simply telling them that, unfortunately, you could not raise the signatures you promised."
12. As I told Mr. Beaudreau and Dr. Brown, I consider that Mr. Feinstein reneged on his commitment to the Vermont Foodbank.
13. I believe that his hunger petitions and challenges are deceiving, and carried out largely as a way to get his own name before the public and expressed as much in my August 27, 2001 letter to him.
14. I know leaders of other hunger organizations who are very skeptical about Mr. Feinstein's self-promotions, and in the future we will avoid any contact or association with Mr. Feinstein.

Signed: [signature] Date: 4/7/05

Witnessed By: [signature] Date: 04/07/05
Notary Public

My term expires
February 10, 2007

CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I served on the above-named counsel of record a copy of the within Affidavit of Deborah A. Flatemen by first class mail, postage prepaid, on the 1st day of July, 2005.