UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| J. LARRY BROWN,<br>Plaintiff,<br>v.<br>ALAN SHAWN FEINSTEIN,<br>THE ALAN SHAWN FEINSTEIN FOUNDATION,<br>THE FEINSTEIN FOUNDATION, INC.<br>Defendants. | CIVIL ACTION No. 03-0436/S<br>**AFFIDAVIT OF NORMAN E. MCCULLOCH** |

I, Norman E. McCulloch, depose and say as follows:

1. I live in Barrington, Rhode Island. From January 1, 1999, to November 2, 2002, I was the Chairman of the Board of the Rhode Island Foundation.

2. I have read Exhibit 9 to the Deposition of Ronald Gallo, namely, a letter from J. Larry Brown to Dr. Gallo dated April 22, 2002 (the "April 22, 2002" letter) (copy attached).

3. Dr. Gallo may have shared the April 22, 2002, letter with me, but I have no clear memory of it.

4. During 2002, I joined Dr. Gallo in trying to help resolve a dispute between Dr. Brown and Alan Shawn Feinstein concerning a charitable pledge made to Dr. Brown for the benefit of his Center on Hunger and Poverty at Brandeis, and made one visit to Brandeis in 2002 and one after April 22, 2002, to pursue such a resolution.

5. To the extent Dr. Gallo shared with me the April 22, 2002, letter, I have no memory that it altered my view of Alan Shawn Feinstein in any way, or that this letter in any way caused me to dislike Mr. Feinstein, hold him in contempt, or otherwise to alter my view of his reputation. The letter also did not affect my willingness to join Dr. Gallo in trying to help achieve the dispute resolution described above.

Norman E. McCulloch

Dated: March 29, 2005

State of Rhode Island
Providence, SC

Then personally appeared the-named Norman E. McCulloch, before me this day, and made oath that the foregoing statements were true and correct.

March 29, 2005

Esther A. Caron
Notary Public

My commission expires: August 28, 2005

CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I served on the above-named counsel of record a copy of the within Affidavit of Norman E. McCulloch by first class mail, postage prepaid, on the 1st day of July, 2005.