UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALAN SHAWN FEINSTEIN,
ALAN SHAWN FEINSTEIN FOUNDATION, and
THE FEINSTEIN FOUNDATION, INC.

VS: CA NO.: 03-0436S

J. LARRY BROWN

ASSENTED TO MOTION TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now come the plaintiffs in the within matter and herein move s to extend the time for plaintiffs to respond to defendant's motion for summary judgment and statement of uncontested facts through August 1, 2005. The grounds for this motion are that plaintiffs' counsel has pending a court excuse for the period of July 20, 2005 through July 29, 2005, and currently is required to respond before July 18, 2005 to a motion to dismiss in an unrelated claim pending before this Court and assigned to Chief Judge Torres. The defendant's motion contains as exhibits, affidavits not produced prior to the filing of the motion which will require rebuttal including securing affidavits from other sources, some of whom are on vacation at various times during the month of July. Furthermore, by agreement of the parties, and with the permission of the court, defendant's memorandum and exhibits exceed the 20 page maximum requirements set forth in Standing Order 2002-01, and requires plaintiffs' counsel to review voluminous depositions and exhibits generated during the course of litigation.

There is scheduled a settlement conference before Judge Smith, currently to take place on August 1, 2005. Defendant assents to the granting of the within motion, conditioned upon the Court granting a brief continuance of the settlement conference to enable the Court to review the Memoranda and further enhance the prospects of resolution short of trial.

PLAINTIFFS
By their Attorneys
Law Office of Mark B. Morse

MARK B. MORSE, Esq.
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax: (401)273-0937
e.mail: mark@morselawoffice.com
jhenn@foleyhoag.com

DEFENDANTS
By His Attorneys
Foley & Hoag, LLP

JOHN H. HENN, Esq.
*pro hac vice admission*
155 Seaport Boulevard
Boston, MA 0210-2600
(617) 832-7000
fax: (617) 832-7000
e.mail:

Vetter & White

BROOKS R. MAGRATTEN, Esq.
RI Bar Reg 3585
20 Washington Place
Providence, RI 02903
(401) 421-3060
fax (401) 272-6803
e.mail: vetlit@aol.com

William E. Smith
U.S. District Judge
7/8/05

ENTER: ______________ , J