UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN SHAWN FEINSTEIN, THE FEINSTEIN FOUNDATION and ALAN SHAW FEINSTEIN FOUNDATION, Plaintiffs | ) | C.A. No. 03-0436/S |
| v. | ) | |
| J. LARRY BROWN, Defendant | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR RELIEF FROM PAGE LIMITATIONS**

Defendant J. Larry Brown moves pursuant to Amended General Order #2002-01 for relief from page limitations, specifically, to file a memorandum in reply to plaintiffs' objection to defendant's motion for summary judgment of not more than ten pages, with no more than ten pages of attachments.

Defendant Brown files herewith a supporting memorandum. Plaintiffs' counsel has reviewed this motion and advised that plaintiffs have no objection.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

John H. Henn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [FAX]

Date: August 3 , 2005

## CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I served on the above-named counsel of record a copy of the within Defendant's Unopposed Motion For Relief From Page Limitations by first class mail, postage prepaid, on the 3rd day of August, 2005.

Melanie Gosetti

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN SHAWN FEINSTEIN, THE FEINSTEIN FOUNDATION and ALAN SHAW FEINSTEIN FOUNDATION, Plaintiffs | ) | C.A. No. 03-0436/S |
| v. | ) | |
| J. LARRY BROWN, Defendant | ) | |

**MEMORANDUM IN SUPPORT OF
DEFENDANT'S UNOPPOSED MOTION FOR RELIEF
FROM PAGE LIMITATIONS**

Defendant J. Larry Brown moves pursuant to Amended General Order #2002-01 for relief from page limitations, specifically, to file a memorandum in reply to plaintiffs' objection to defendant's motion for summary judgment of not more than ten pages, with no more than ten pages of attachments. Defendant anticipates filing his reply on or before August 18, 2005.

This Court previously granted relief from page limitations, allowing the parties to file memoranda in support or opposition to the motion not to exceed 35 pages and fact statements not to exceed 20 pages.

Defendant now requests modest relief from the five-page limitation in Amended General Order #2002-01 in order to address adequately the points raised in plaintiff's memorandum.

Plaintiff's counsel has reviewed this motion and has advised that plaintiffs have no objection.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

John H. Henn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [FAX]

Date: August 3, 2005

CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum In Support Of Defendant's Unopposed Motion For Relief From Page Limitations by first class mail, postage prepaid, on the 3rd day of August, 2005.