UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALAN SHAWN FEINSTEIN, THE FEINSTEIN FOUNDATION and ALAN SHAW FEINSTEIN FOUNDATION,
Plaintiffs

v.

J. LARRY BROWN,
Defendant

C.A. No. 03-0436/S

FILED AUG 03 2005 DISTRICT OF RHODE ISLAND

**DEFENDANT'S UNOPPOSED MOTION FOR RELIEF FROM PAGE LIMITATIONS**

Defendant J. Larry Brown moves pursuant to Amended General Order #2002-01 for relief from page limitations, specifically, to file a memorandum in reply to plaintiffs' objection to defendant's motion for summary judgment of not more than ten pages, with no more than ten pages of attachments.

Defendant Brown files herewith a supporting memorandum. Plaintiffs' counsel has reviewed this motion and advised that plaintiffs have no objection.

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

John H. Henn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [FAX]

ENTER WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/4/05

Date: August 3 , 2005