**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA03-436-S** **September 16, 2005**

**TITLE: ALAN SHAWN FEINSTEIN, ET AL V. J. LARRY BROWN**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:29 a.m. - 10:53 a.m.**

---

**COUNSEL PRESENT:** **Plaintiff - Mark B. Morse, Esquire**
**Defendant - Brooks R. Magratten, Esquire**
**John Henn, Esquire**

**RE: Defendant's Motion for Summary Judgment**

**Proceedings:** **All counsel of record present; Arguments heard. Court will take the matter under advisement and render a decision within 60 to 90 days.**