UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN SHAWN FEINSTEIN, THE FEINSTEIN FOUNDATION and ALAN SHAW FEINSTEIN FOUNDATION, Plaintiffs | ) | C.A. No. 03-0436/S |
| v. | ) | |
| J. LARRY BROWN, Defendant | ) | |

**JOINT MOTION TO EXTEND DEADLINE**
**FOR FILING A PRETRIAL MEMORANDUM**

Plaintiffs and defendants move jointly to extend the deadline for filing pretrial memoranda by 30 days to July 12, 2006 for reasons stated in the memorandum filed herewith.

Mark B. Morse /BRM
Mark B. Morse, Esq., #3003
Attorneys for Plaintiff
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
(401) 273-0937 [FAX]
www.morselawoffice.com

Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com

John H. Henn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [FAX]

Date: May 17, 2006

CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I served on the above-named counsel of record a copy of the within Joint Motion to Extend Deadline For Filing a Pretrial Memorandum by first class mail, postage prepaid, on the 17th day of May, 2006.

Melaine Sorette

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN SHAWN FEINSTEIN, THE FEINSTEIN FOUNDATION and ALAN SHAW FEINSTEIN FOUNDATION, Plaintiffs | ) | C.A. No. 03-0436/S |
| v. | ) | |
| J. LARRY BROWN, Defendant | ) | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION TO EXTEND DEADLINE FOR FILING A PRETRIAL MEMORANDUM**

Plaintiffs and defendant move jointly to extend the deadline for filing pretrial memoranda by 30 days to July 12, 2006.

The Court on May 11, 2006 issued an opinion on defendant's motion for summary judgment in which it dismissed two of the three counts of plaintiffs' complaint. Plaintiffs' breach of contract claim, in addition to defendant's counterclaims remain.

The parties now require a modest extension in order to address the trial of the remaining claims and properly prepare pretrial memoranda.

Additionally counsel for defendant, John Henn, has been court-excused from June 12th to June 23rd.

For these reasons the parties respectfully request a 30-day extension.

Mark B. Morse, Esq., #3003
Attorneys for Plaintiff
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
(401) 273-0937 [FAX]
www.morselawoffice.com

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com

John H. Henn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [FAX]

Date: May 17, 2006

CERTIFICATE OF SERVICE

To:

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02906

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum in Support of Joint Motion to Extend Deadline For Filing a Pretrial Memorandum by first class mail, postage prepaid, on the 17th day of May, 2006.