UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALAN SHAWN FEINSTEIN,

THE ALAN SHAWN FEINSTEIN FOUNDATION,

THE FEINSTEIN FOUNDATION, INC.

Plaintiff,

v.

J. LARRY BROWN

Defendants.

CIVIL ACTION No. 03-0436/S

**AFFIDAVIT OF J. LARRY BROWN**

I, J. Larry Brown, depose and say as follows:

1. I am a resident of Massachusetts, a Professor at Brandeis University, and Executive Director of the Center on Hunger and Poverty ("Center"), which is currently located at the Heller School for Social Policy and Management, Brandeis University. I am the defendant in the above-referenced case.

2. After consulting with my attorneys, I initiated a survey to determine the attitudes of potential jurors toward the plaintiff in this case, Alan Shawn Feinstein. The impetus behind this survey is my concern that I would not be able to get a fair trial in this particular matter if the proceedings were held in Providence with a jury selected from local residents.

3. With the assistance of my attorneys, I drafted a form ("survey form") consisting of a standardized script, survey directions and a list of questions to ask survey respondents.

4. In October, 2005 I directed a member of my office staff to contact the Office of the Secretary of State of Rhode Island. That office provided me with a CD containing a list of all registered Rhode Island voters.

5. I brought the CD to Dr. Stephen Fournier, a professor and colleague at Brandeis who has expertise in statistical analysis. I asked Dr. Fournier to provide me with a list of 250 names and phone numbers *randomly generated* from the CD. He provided me with this list per my request.

6. In October, 2005, I hired Lisa Duca, a student at Roger Williams University, to conduct the survey. I provided Miss Duca with the blank survey form and instructed her to follow the script and directions therein. I further instructed Lisa to call the numbers on Dr. Fournier's list, starting from the top, until she had completed fifty surveys forms. I also asked that she conduct the work under the supervision of a Roger Williams University Professor. I did not inform Miss Duca about the nature of the present lawsuit, or the specific purpose of the survey.

7. In late November or early December, 2005, Miss Duca mailed me the fifty completed survey forms. Attached as **Exhibit A** are true and accurate copies of some of the completed survey forms I received.[1] Miss Duca also sent me a written statement from her faculty supervisor, Dr. Laura Turner. I paid Miss Duca $500.00 for conducting the survey.

8. In late December, 2005, I tabulated the survey results. They are as follows:

- 94% of respondents recognized the name Alan Shawn Feinstein;
- 86% connected him to charity; 66% could name specific causes he supports;
- 76% rated him positively or highly positively; 24% neutral or no response;

[1] My lawyers are supplying copies of <u>all</u> survey forms to Plaintiffs' counsel, Mr. Morse, with the names and telephone numbers of respondents partially redacted to protect their privacy.

- 0% rated him negatively;
- 80% recalled seeing publicity about him on television, in newspapers, on billboards or signs, or recalled seeing his name on the IMAX theater or elsewhere;
- 60% affirmatively described him as a good man and/or giving to good causes;
- 14% said they have had direct connections to his programs, for example by receiving scholarships or working in institutions that have received money from Mr. Feinstein.

9. The overwhelming majority of respondents admired Mr. Feinstein, and described him using terms such as "good guy" and "important." Almost all respondents who had heard of Mr. Feinstein, 94%, had seen some form of publicity bearing his name, and most respondents could connect the Feinstein name directly to specific institutions or charitable giving.

10. The survey forms also reveal that, although no survey questions directly elicited such information, several respondents affirmatively mentioned the omnipresence of the Feinstein name, with comments like "puts his name on everything he contributes to," "he likes to have his name put on a lot of things," "not a quiet philanthropist - never anonymous" and "I think he is most concerned with having his name out there." (See **Ex. A**).

J. Larry Brown

Dated: March 2, 2006

Commonwealth of Massachusetts

Then personally appeared the-named J. Larry Brown, before me this day, and made oath that the foregoing statements were true and correct.

March 2, 2006

Notary Public

My commission expires My Commission Expires August 15, 2008

10

# Random Sample Survey of R.I. Registered Voters

Interviewer Initials: LO

Date and Time: 11/15/05 4:09

Respondent phone number 401-848-

**Script** (Must not vary, and speak *slowly and clearly*):
Hello, my name is_______, and I'm a student at Brown University who is conducting a very short opinion survey. I'm not selling anything and there are no right or wrong answers. We got your name randomly from a list of registered voters, and I'd like to know what you think about some one in RI. Your answers will remain confidential and you will not be identified. The survey's really short, so can I ask you the questions?

| Questions | Directions | Recorded Answers |
|---|---|---|
| 1. Have you ever heard of someone in RI by the name of Alan Shawn Feinstein? | Record Yes or No, and any comments offered, e.g. "his picture is all over," etc. If answer is No or Not Sure, remind them that his name is on buildings and programs about hunger and children. If still no knowledge, discontinue survey. | Yes |
| 2. What do you know about Alan Shawn Feinstein? | Record all comments made. | great phalanthropist feeding homeless + gives money to education |
| 3. Have you ever met him or any members of his family? | If Yes or Maybe, record who and when. If No, record that answer. | NO |
| 4. What do you think of Mr. Feinstein—what thoughts come to mind about him? | Note answers in sufficient detail to capture opinions, e.g. "He helps peoples and ought to be governor," or "He gives away money to get his name all over the place." | admire him for what he has done |

| | | |
|---|---|---|
| 5. I'd like to ask you to rate your opinion about Alan Shawn Feinstein by choosing one of five options. Is your opinion of him: 1) highly positive, 2) somewhat positive, 3) neutral, 4) somewhat negative, or 5) highly negative. | Write their selection in words, and be sure to record any additional comments made. | 1 - very positive |
| 6. Have you seen or heard publicity about Feinstein, his programs or charitable giving? | Record Yes or No, and any comments offered. If Yes or Maybe, go on to next question. | Puts his name on everything he contributes too. |
| 7. What do you remember about what you have seen or heard? | Record all comments offered. | not a quite philanthropist (:) never anonymous. |
| 8. Have you or anyone in your family ever been connected with programs associated with Feinstein such as the Youth Hunger Brigade, Good Deeds Program, or school scholarships? | If Yes, record that and any comments. If Maybe, encourage an answer. If No, go to end. Record all answers. | NO |
| 9. What is or was the nature of the connection? | Record all connections in detail, e.g. "Some kid I know got a scholarship from him," or "My daughter got his Good Deeds Booklet in school," etc. | |
| 10. Thank you very much. That was the last question. Do you have any final comment to add about Alan Shawn Feinstein? | Record anything said. | NO |

So that my supervisor knows I actually spoke to someone, could I have your first name only? B

18

## Random Sample Survey of R.I. Registered Voters

Interviewer Initials: LD

Date and Time: 11/19 1:47

Respondent phone number 401-785-

**Script** (Must not vary, and speak *slowly and clearly*):
Hello, my name is______, and I'm a student at Brown University who is conducting a very short opinion survey. I'm not selling anything and there are no right or wrong answers. We got your name randomly from a list of registered voters, and I'd like to know what you think about some one in RI. Your answers will remain confidential and you will not be identified. The survey's really short, so can I ask you the questions?

| Questions | Directions | Recorded Answers |
|---|---|---|
| 1. Have you ever heard of someone in RI by the name of Alan Shawn Feinstein? | Record Yes or No, and any comments offered, e.g. "his picture is all over," etc. If answer is No or Not Sure, remind them that his name is on buildings and programs about hunger and children. If still no knowledge, discontinue survey. | Yes I have |
| 2. What do you know about Alan Shawn Feinstein? | Record all comments made. | donated $ to university to grad school program - J&W (I'm a professor there) |
| 3. Have you ever met him or any members of his family? | If Yes or Maybe, record who and when. If No, record that answer. | met him |
| 4. What do you think of Mr. Feinstein—what thoughts come to mind about him? | Note answers in sufficient detail to capture opinions, e.g. "He helps peoples and ought to be governor," or "He gives away money to get his name all over the place." | no lengthy convo - don't know |

| | | |
|---|---|---|
| 5. I'd like to ask you to rate your opinion about Alan Shawn Feinstein by choosing one of five options. Is your opinion of him: 1) highly positive, 2) somewhat positive, 3) neutral, 4) somewhat negative, or 5) highly negative. | Write their selection in words, and be sure to record any additional comments made. | neutral |
| 6. Have you seen or heard publicity about Feinstein, his programs or charitable giving? | Record Yes or No, and any comments offered. If Yes or Maybe, go on to next question. | Yes |
| 7. What do you remember about what you have seen or heard? | Record all comments offered. | TV - talking about kids |
| 8. Have you or anyone in your family ever been connected with programs associated with Feinstein such as the Youth Hunger Brigade, Good Deeds Program, or school scholarships? | If Yes, record that and any comments. If Maybe, encourage an answer. If No, go to end. Record all answers. | Kids were at St Paul's School |
| 9. What is or was the nature of the connection? | Record all connections in detail, e.g. "Some kid I know got a scholarship from him," or "My daughter got his Good Deeds Booklet in school," etc. | good deeds program |
| 10. Thank you very much. That was the last question. Do you have any final comment to add about Alan Shawn Feinstein? | Record anything said. | he likes to have his name put on alot of things - its a little too much for me |

So that my supervisor knows I actually spoke to someone, could I have your first name only? H

21

**Random Sample Survey of R.I. Registered Voters**

Interviewer Initials: LD

Date and Time: 2:02 11/19

Respondent phone number 401-762-

**Script** (Must not vary, and speak *slowly and clearly*):
Hello, my name is_______, and I'm a student at Brown University who is conducting a very short opinion survey. I'm not selling anything and there are no right or wrong answers. We got your name randomly from a list of registered voters, and I'd like to know what you think about some one in RI. Your answers will remain confidential and you will not be identified. The survey's really short, so can I ask you the questions?

| Questions | Directions | Recorded Answers |
|---|---|---|
| 1. Have you ever heard of someone in RI by the name of Alan Shawn Feinstein? | Record Yes or No, and any comments offered, e.g. "his picture is all over," etc. If answer is No or Not Sure, remind them that his name is on buildings and programs about hunger and children. If still no knowledge, discontinue survey. | Yes |
| 2. What do you know about Alan Shawn Feinstein? | Record all comments made. | gives money to different organizations |
| 3. Have you ever met him or any members of his family? | If Yes or Maybe, record who and when. If No, record that answer. | NO |
| 4. What do you think of Mr. Feinstein—what thoughts come to mind about him? | Note answers in sufficient detail to capture opinions, e.g. "He helps peoples and ought to be governor," or "He gives away money to get his name all over the place." | Hes alright. Seems like a pretty good guy |

| | | |
|---|---|---|
| 5. I'd like to ask you to rate your opinion about Alan Shawn Feinstein by choosing one of five options. Is your opinion of him: 1) highly positive, 2) somewhat positive, 3) neutral, 4) somewhat negative, or 5) highly negative. | Write their selection in words, and be sure to record any additional comments made. | Somewhat positive |
| 6. Have you seen or heard publicity about Feinstein, his programs or charitable giving? | Record Yes or No, and any comments offered. If Yes or Maybe, go on to next question. | Feinstein union scholarship not exactly sure what that is though. |
| 7. What do you remember about what you have seen or heard? | Record all comments offered. | commercial on TV with a girl, maybe his daughter I do not know. |
| 8. Have you or anyone in your family ever been connected with programs associated with Feinstein such as the Youth Hunger Brigade, Good Deeds Program, or school scholarships? | If Yes, record that and any comments. If Maybe, encourage an answer. If No, go to end. Record all answers. | NO |
| 9. What is or was the nature of the connection? | Record all connections in detail, e.g. "Some kid I know got a scholarship from him," or "My daughter got his Good Deeds Booklet in school," etc. | ——— |
| 10. Thank you very much. That was the last question. Do you have any final comment to add about Alan Shawn Feinstein? | Record anything said. | He is in love with his own name |

So that my supervisor knows I actually spoke to someone, could I have your first name only? M

# Random Sample Survey of R.I. Registered Voters

Interviewer Initials: LD

Date and Time: 11/19 2:35

Respondent phone number 401-846-

**Script** (Must not vary, and speak *slowly and clearly*):
Hello, my name is_______, and I'm a student at Brown University who is conducting a very short opinion survey. I'm not selling anything and there are no right or wrong answers. We got your name randomly from a list of registered voters, and I'd like to know what you think about some one in RI. Your answers will remain confidential and you will not be identified. The survey's really short, so can I ask you the questions?

| Questions | Directions | Recorded Answers |
|---|---|---|
| 1. Have you ever heard of someone in RI by the name of Alan Shawn Feinstein? | Record Yes or No, and any comments offered, e.g. "his picture is all over," etc. If answer is No or Not Sure, remind them that his name is on buildings and programs about hunger and children. If still no knowledge, discontinue survey. | Yes |
| 2. What do you know about Alan Shawn Feinstein? | Record all comments made. | donates money to charity. Does something in schools. |
| 3. Have you ever met him or any members of his family? | If Yes or Maybe, record who and when. If No, record that answer. | No |
| 4. What do you think of Mr. Feinstein—what thoughts come to mind about him? | Note answers in sufficient detail to capture opinions, e.g. "He helps peoples and ought to be governor," or "He gives away money to get his name all over the place." | He seems like a good guy. I hear his name alot. |

| | | |
|---|---|---|
| 5. I'd like to ask you to rate your opinion about Alan Shawn Feinstein by choosing one of five options. Is your opinion of him: 1) highly positive, 2) somewhat positive, 3) neutral, 4) somewhat negative, or 5) highly negative. | Write their selection in words, and be sure to record any additional comments made. | positive |
| 6. Have you seen or heard publicity about Feinstein, his programs or charitable giving? | Record Yes or No, and any comments offered. If Yes or Maybe, go on to next question. | Yes |
| 7. What do you remember about what you have seen or heard? | Record all comments offered. | commercials about kids. |
| 8. Have you or anyone in your family ever been connected with programs associated with Feinstein such as the Youth Hunger Brigade, Good Deeds Program, or school scholarships? | If Yes, record that and any comments. If Maybe, encourage an answer. If No, go to end. Record all answers. | No |
| 9. What is or was the nature of the connection? | Record all connections in detail, e.g. "Some kid I know got a scholarship from him," or "My daughter got his Good Deeds Booklet in school," etc. | — |
| 10. Thank you very much. That was the last question. Do you have any final comment to add about Alan Shawn Feinstein? | Record anything said. | |

So that my supervisor knows I actually spoke to someone, could I have your first name only? M

38

**Random Sample Survey of R.I. Registered Voters**

Interviewer Initials: LD

Date and Time: 11/29 3:15

Respondent phone number 401-885-

**Script** (Must not vary, and speak *slowly and clearly*):
Hello, my name is_______, and I'm a student at Brown University who is conducting a very short opinion survey. I'm not selling anything and there are no right or wrong answers. We got your name randomly from a list of registered voters, and I'd like to know what you think about some one in RI. Your answers will remain confidential and you will not be identified. The survey's really short, so can I ask you the questions?

| Questions | Directions | Recorded Answers |
|---|---|---|
| 1. Have you ever heard of someone in RI by the name of Alan Shawn Feinstein? | Record Yes or No, and any comments offered, e.g. "his picture is all over," etc. If answer is No or Not Sure, remind them that his name is on buildings and programs about hunger and children. If still no knowledge, discontinue survey. | Have i ever? Yes of course |
| 2. What do you know about Alan Shawn Feinstein? | Record all comments made. | he is a wealthy man who is interested in education + gives money to charities |
| 3. Have you ever met him or any members of his family? | If Yes or Maybe, record who and when. If No, record that answer. | NO |
| 4. What do you think of Mr. Feinstein—what thoughts come to mind about him? | Note answers in sufficient detail to capture opinions, e.g. "He helps peoples and ought to be governor," or "He gives away money to get his name all over the place." | Its nice that he gives money away but I think he is most concerned with having his name out there, Having a good name people recognize |

| | | |
|---|---|---|
| 5. I'd like to ask you to rate your opinion about Alan Shawn Feinstein by choosing one of five options. Is your opinion of him: 1) highly positive, 2) somewhat positive, 3) neutral, 4) somewhat negative, or 5) highly negative. | Write their selection in words, and be sure to record any additional comments made. | highly positive |
| 6. Have you seen or heard publicity about Feinstein, his programs or charitable giving? | Record Yes or No, and any comments offered. If Yes or Maybe, go on to next question. | not that I can recall |
| 7. What do you remember about what you have seen or heard? | Record all comments offered. | bus stop billiards - him w/ children. See too much of them makes him almost come off as a [illegible] |
| 8. Have you or anyone in your family ever been connected with programs associated with Feinstein such as the Youth Hunger Brigade, Good Deeds Program, or school scholarships? | If Yes, record that and any comments. If Maybe, encourage an answer. If No, go to end. Record all answers. | NO |
| 9. What is or was the nature of the connection? | Record all connections in detail, e.g. "Some kid I know got a scholarship from him," or "My daughter got his Good Deeds Booklet in school," etc. | — |
| 10. Thank you very much. That was the last question. Do you have any final comment to add about Alan Shawn Feinstein? | Record anything said. | NO I think that pretty much covers it. |

So that my supervisor knows I actually spoke to someone, could I have your first name only? L[illegible]

 45

## Random Sample Survey of R.I. Registered Voters

Interviewer Initials: LD

Date and Time: 11/29 4:30

Respondent phone number 401-232-

**Script** (Must not vary, and speak *slowly and clearly*):
Hello, my name is_______, and I'm a student at Brown University who is conducting a very short opinion survey. I'm not selling anything and there are no right or wrong answers. We got your name randomly from a list of registered voters, and I'd like to know what you think about some one in RI. Your answers will remain confidential and you will not be identified. The survey's really short, so can I ask you the questions?

| Questions | Directions | Recorded Answers |
|---|---|---|
| 1. Have you ever heard of someone in RI by the name of Alan Shawn Feinstein? | Record Yes or No, and any comments offered, e.g. "his picture is all over," etc. If answer is No or Not Sure, remind them that his name is on buildings and programs about hunger and children. If still no knowledge, discontinue survey. | yes |
| 2. What do you know about Alan Shawn Feinstein? | Record all comments made. | don't know much - ~~to~~ just that hes a big name in RI |
| 3. Have you ever met him or any members of his family? | If Yes or Maybe, record who and when. If No, record that answer. | NO |
| 4. What do you think of Mr. Feinstein—what thoughts come to mind about him? | Note answers in sufficient detail to capture opinions, e.g. "He helps peoples and ought to be governor," or "He gives away money to get his name all over the place." | don't know just hear his name alot |

| | | |
|---|---|---|
| 5. I'd like to ask you to rate your opinion about Alan Shawn Feinstein by choosing one of five options. Is your opinion of him: 1) highly positive, 2) somewhat positive, 3) neutral, 4) somewhat negative, or 5) highly negative. | Write their selection in words, and be sure to record any additional comments made. | neutral |
| 6. Have you seen or heard publicity about Feinstein, his programs or charitable giving? | Record Yes or No, and any comments offered. If Yes or Maybe, go on to next question. | No not really |
| 7. What do you remember about what you have seen or heard? | Record all comments offered. | — |
| 8. Have you or anyone in your family ever been connected with programs associated with Feinstein such as the Youth Hunger Brigade, Good Deeds Program, or school scholarships? | If Yes, record that and any comments. If Maybe, encourage an answer. If No, go to end. Record all answers. | No |
| 9. What is or was the nature of the connection? | Record all connections in detail, e.g. "Some kid I know got a scholarship from him," or "My daughter got his Good Deeds Booklet in school," etc. | — |
| 10. Thank you very much. That was the last question. Do you have any final comment to add about Alan Shawn Feinstein? | Record anything said. | No |

So that my supervisor knows I actually spoke to someone, could I have your first name only? P