UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALAN SHAWN FEINSTEIN,<br><br>THE ALAN SHAWN FEINSTEIN FOUNDATION,<br><br>THE FEINSTEIN FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>J. LARRY BROWN<br><br>Defendants. | CIVIL ACTION No. 03-0436/S<br><br>**AFFIDAVIT OF STEPHEN FOURNIER** |

I, Stephen Fournier, depose and say as follows:

1. I am on the faculty of the Heller School for Social Policy and Management at Brandeis University. I hold a Ph.D. from the Massachusetts Institute of Technology, and teach Statistics and Regression Analysis to graduate students. I am a faculty colleague of Dr. J. Larry Brown.

2. In October, 2005, Dr. Brown provided me with a CD containing a list of registered Rhode Island voters. He asked me to generate a random list of 250 entries from that list.

3. I followed a randomization method well-established in my field. I used a statistical computer package to generate a random number, and sorted the data from the CD on this random number, resulting in a randomly sorted list. I then programmed the same statistical package to randomly select 250 entries. I provided Dr. Brown with a printout of the 250 entries.

4. I was not paid for this work, and Dr. Brown did not participate in generating the list in any way except as described above.

I declare under the penalty of perjury that the foregoing statement is true and correct.

Executed on: January 20, 2006

Stephen Fournier