UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALAN SHAWN FEINSTEIN,<br><br>THE ALAN SHAWN FEINSTEIN FOUNDATION,<br><br>THE FEINSTEIN FOUNDATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>J. LARRY BROWN<br><br>Defendants. | CIVIL ACTION No. 03-0436/S<br><br>**AFFIDAVIT OF LISA DUCA** |

I, Lisa Duca, depose and say as follows:

1. I am a full-time student at Roger Williams University in Rhode Island. My permanent residence is in West Caldwell, New York.

2. In October 2005, I learned of a short-term job opportunity carrying out a survey of Rhode Island voters. I spoke to Rachel Present of the Center on Hunger and Poverty at Brandeis University, and later with Dr. J. Larry Brown, neither of whom I had previously known. I learned that the job consisted of surveying fifty registered voters in Rhode Island, asking a series of ten questions to each, and then recording the responses on pre-printed instruction forms. I accepted the job. I did not learn at that time, and still do not know, the precise purpose of the survey.

3. Dr. Brown sent me a list of names and phone numbers, as well as a pre-printed written script with questions, directions and blank spaces for recording answers ("survey forms"). Dr. Brown told me I was to follow the script and directions as written.

4. Per Dr. Brown's instructions, I began calling the numbers he gave me, starting from the top of the list, and kept calling numbers until I had conducted fifty interviews and completed fifty survey forms. I followed the script and instructions as written, except that I told respondents I was a student at Roger Williams University, not Brown University, as initially had been printed in the script on the survey forms.

5. Also per Dr. Brown's instructions, I performed this work under the supervision of a member of the Roger Williams University faculty. That faculty member was Dr. Laura Turner, Professor of Psychology.

6. I completed fifty surveys forms by early December, 2005, and mailed

**them to Dr. Brown. I also sent Dr. Brown a written statement from my supervisor, Dr. Turner.**

**7. I received $500.00 in return for my work.**

**I declare under the penalty of perjury that the foregoing statement is true and correct.**

**Executed on: January 24, 2006**

Lisa Duca

**Lisa Duca**