UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALAN SHAWN FEINSTEIN, THE FEINSTEIN FOUNDATION and ALAN SHAW FEINSTEIN FOUNDATION, Plaintiffs

v.

J. LARRY BROWN, Defendant

C.A. No. 03-0436/S

**JOINT MOTION TO EXTEND DEADLINE**
**FOR FILING A PRETRIAL MEMORANDUM**

Plaintiffs and defendants move jointly to extend the deadline for filing pretrial memoranda by 30 days to July 12, 2006 for reasons stated in the memorandum filed herewith.

Mark B. Morse /BRM
Mark B. Morse, Esq., #3003
Attorneys for Plaintiff
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
(401) 273-0937 [FAX]
www.morselawoffice.com

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com

John H. Henn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000
(617) 832-7000 [FAX]

Date: May 17, 2006

WESm
U.S. District Judge
5/26/06