UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN SHAWN FEINSTEIN, THE FEINSTEIN FOUNDATION and ALAN SHAW FEINSTEIN FOUNDATION, Plaintiffs | ) | C.A. No. 03-0436/S |
| v. | ) | DISMISSAL STIPULATION |
| J. LARRY BROWN, Defendant | ) | |

All parties agree that this case shall be dismissed with prejudice, no fees or costs awarded.

Alan Shawn Feinstein, et al.

Mark B. Morse, Esq. #3003
Attorney for plaintiffs
111 Wayland Avenue
Providence, RI 02906
(401) 831-1961

J. Larry Brown

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

John H. Henn, Esq.
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

RECEIVED
JUN 26 200
Property of U.S. District Court
District of Rhode Island

Dated: June 26, 2006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 6/26/06